**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000810
09-JUL-2026
08:31 AM
Dkt. 44 OAWST**

NO. CAAP-25-0000810


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


AMERICAN AGCREDIT, FLCA, a federally chartered
instrumentality of the United States,
Plaintiff-Appellee,
v.
ALEXANDER H. CARVER III; KATHLEEN M. CARVER,
Defendants-Appellants, and
ANDREW B. LEVITT, Defendant-Appellee, and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and DOE
GOVERNMENTAL UNITS 1-10, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-24-0000255)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Nakasone, Chief Judge, Leonard and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed July 7, 2026, by Defendants-Appellants Alexander H. Carver III and Kathleen M. Carver, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to

dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is signed by counsel for all appearing parties; and (4) dismissal of the appeal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, July 9, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge